

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00134-CR

---

Ex Parte Roldan Meza-Gonzalez

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

Miriam Arevalo, representing Anita's Children Organization, has filed an application for writ of habeas corpus under 28 U.S.C. 2241 on behalf of Roldan Meza-Gonzalez, in which she alleges that Meza-Gonzalez is being held by federal immigration authorities in the El Paso Service Processing Center. Tex. Code Crim. Proc. art. 11.12; 28 U.S.C. § 2241 (2008).

To the extent that the application seeks to secure Meza-Gonzalez's release from federal custody, this matter is one of "exclusively federal jurisdiction." Tex. Code Crim. Proc. art. 11.63; *Ex parte Nguyen*, 31 S.W.3d 815, 816 (Tex. App.—Dallas 2000, orig. proceeding). Only a federal

court may issue a writ of habeas corpus and grant the relief Meza-Gonzalez seeks. *See* 28 U.S.C. § 2241(a) (2008) (authorizing the Supreme Court, federal district courts, and any circuit judge within their respective jurisdictions to grant habeas relief). We dismiss the application.

MARIA SALAS MENDOZA, Chief Justice

April 1, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)